UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------X

JOEL F. HOLUBAR,
        &
MARIANA H. HOLUBAR

                        Plaintiffs,

v.                                          03 CV 12404 (NG)

KENT KHOLBERGER;
THE CHASE FREEDMAN-FAMILY TRUST;
        &
M/Y CHEROSA, *in rem,*

                        Defendants.

-------------------------------------------------------------X

## AFFIDAVIT OF BJORN J. HOLUBAR, ESQ.
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Bjorn J. Holubar, Esq., being duly sworn, deposes and states:

1.     I am an attorney duly admitted to the State bars of New York and Connecticut and the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York. I submit this affidavit in support of the motion of plaintiffs, Joel F. Holubar and Mariana H. Holubar, for an order granting me leave to appear *pro hac vice* in this action on their behalf.

2.     I am a member in good standing of the bar in every jurisdiction to which I have been admitted to practice, specifically the following jurisdictions: (i) state court for the State of New York; (ii) state bar of Connecticut; (iii) United States District Court for the Southern District of New York; (iv) United States District Court for the Eastern District of New York; (v)

United States District Court for the Western District of New York; and (vi) United States District

Court for the Northern District of New York.

3. There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

4. I am familiar with the local rules of the United States District Court for the

District of Massachusetts.

5. The law firm of Lucash, Gesmer & Updegrove, LLP and I have represented the

plaintiffs in this matter to date and are familiar with the factual and procedural history of this

action.

6. In addition, the law firm of Lucash, Gesmer & Updegrove, LLP will continue to

appear as counsel for the plaintiffs.

7. Accordingly, I respectfully request that the Court grant me permission to appear

*pro hac vice* as attorney for the plaintiffs in this action.

Signed under the pains and penalties of perjury this 17th day of December 2003.

Bjorn J. Holubar, Esq.
770 Lexington Avenue, 7th Floor
New York, New York 10021
1-212-980-1992