UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

JOEL F. HOLUBAR,
&
MARIANA H. HOLUBAR

                                  Plaintiffs,

v.

                                                            C.A. No.: 03-12404 NG

KENT KHOLBERGER;
THE CHASE FREEDMAN-FAMILY TRUST;
&
M/Y CHEROSA, *in rem,*

                                  Defendants.

------------------------------------------------------------X

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

Counsel for plaintiffs, Joel F. Holubar and Mariana H. Holubar, hereby certifies that, pursuant to Rule 7.1(A)(2) of the Local Federal Rules of Civil Procedure, he (1) conferred with counsel for the defendants regarding the Motion For Admission of Bjorn J. Holubar Pro Hac Vice, filed herewith, and (2) has attempted in good faith to resolve or narrow the issues presented.

                                              JOEL F. HOLUBAR and
                                              MARIANA H. HOLUBAR

                                              By their attorneys,

                                              /s/ Lee T. Gesmer
                                              Lee T. Gesmer (BBO #190260)
                                              Kurt Bratten (BBO #644730)
                                              Lucash, Gesmer & Updegrove, LLP
                                              40 Broad Street

Date: February 24, 2004                Boston, Massachusetts 02109
                                              (617) 350-6800

## Certificate of Service

I hereby certify that on the 24th day of February 2004, copies of the foregoing documents were sent via regular mail to counsel for the defendants, Curtis C. Pfunder, Esq., 92 State Street, Boston, MA 02109.

Kurt E. Bratten, Esq.