UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR 25 P 3: 41

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOEL F. HOLUBAR<br>and<br>MARIANA H. HOLUBAR,<br><br>      Plaintiffs<br><br>v.<br><br>KENT KHOLBERGER,<br>CHASE-FREEDMAN FAMILY TRUST<br>and<br>M/Y CHEROSA, *in rem*,<br><br>      Defendants | Civil Action No. 03-CV-12404-NG<br><br>FILING FEE PAID:<br>RECEIPT # 54820<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 3/09/04 |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY EDWARD C. RADZIK

Local counsel for the defendants, Curtis C. Pfunder, a member of the Bar of this Court, respectfully moves, pursuant to Local Rule 83.5.3, for the admission pro hac vice of New York attorney Edward C. Radzik to practice in this Court on behalf of the defendants, in the above-captioned action.

Attorney Radzik is a member of the Bar of the State of New York. He is a partner in the law firm Donovan Parry McDermott & Radzik, Wall Street Plaza, 88 Pine Street, New York, NY 10005-1801, and specializes in admiralty law and civil litigation. Plaza, 88 Pine Street, New York, NY 10005-1801. Mr. Radzik is lead counsel for the defendants in this action.

Pursuant to Local Rule 83.5.3(b), Attorney Radzik files an accompanying Certificate stating that: (1) he is a member in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

The undersigned has tendered with this application a check payable to the Clerk, U.S. District Court, in the amount of $50.00.

Accordingly, the defendants and their counsel respectfully request that this motion be approved.

Respectfully submitted,

Date: 3/24/04

_____
Curtis C. Pfunder
92 State Street
Boston, MA 02109
617 248-0200
BBO#397700

Local Counsel for the Defendants

Of counsel: Edward C. Radzik, Esq.
          Donovan Parry McDermott & Radzik
          Wall Street Plaza
          88 Pine Street
          New York, NY 10005-1801
          (212) 376-6400

Local Rule 7.1 Certificate of Compliance

I certify that I conferred with counsel for the plaintiffs, Kurt E. Bratten, pursuant to L. R. 7.1(A)(2), regarding the above motion and attempted in good faith to resolve or narrow the issues presented. He agreed to the motion.

3/24/04      _____
             Curtis C. Pfunder

Certificate of Service

I certify that on this 24 day of March, 2004 I served a copy of the above document on counsel for plaintiffs as indicated below by U.S. mail / _____:

Kurt E. Bratten, Esq.
Lucash, Gesmer & Updegrove LLP
40 Broad Street
Boston, MA 02109

Counsel for Plaintiffs

_____
Curtis C. Pfunder