UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEL F. HOLUBAR )
and )
MARIANA H. HOLUBAR, )
           Plaintiffs )
v. )   Civil Action No. 03-CV-12404-NG
KENT KHOLBERGER, )
CHASE-FREEDMAN FAMILY TRUST )
and )
M/Y CHEROSA, *in rem*, )
           Defendants )

## CERTIFICATE OF EDWARD C. RADZIK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Edward C. Radzik, hereby certify, pursuant to Local Rule 83.5.3(b), as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, including the State of New York.

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

4.  I am a partner in the law firm of Donovan Parry McDermott & Radzik, Wall Street Plaza, 88 Pine Street, New York, New York 10005-1801, specializing in admiralty law and civil litigation.

5.  I am lead counsel for the defendants in the above-captioned case. I respectfully request permission to appear and practice before this Court, together with local counsel Curtis C. Pfunder of Boston, as counsel for the defendants.

Signed under penalties of perjury this 22nd day of March 2004.

_____
Edward C. Radzik
Donovan Parry McDermott & Radzik
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
(212) 376-6400
(212) 376-6490 fax