**Curtis C. Pfunder**
Attorney at Law
92 State Street
Boston, Massachusetts 02109

---

(617) 248-0200
Fax (617) 248-0331

by fax 617 748-9585 and U.S. mail                               March 30, 2004

Mr. Thomas Quinn
Courtroom Clerk to United States
    Magistrate-Judge Judith G. Dein
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Joel F. Holubar and Mariana H. Holubar v. Kent Kholberger, Chase-Freedman Family Trust and M/Y Cherosa, *in rem*</u>, Civil Action No. 03-CV-12404-NG, United States District Court, Boston, Massachusetts

Dear Mr. Quinn:

  This letter is to confirm that, per our telephone conversation today, the Scheduling Conference in the above-referenced case has been rescheduled from April 7 to Friday, April 16, 2004 at 10:30 a.m.

  I am Massachusetts counsel for the defendants. This change was made at the request of the defendants, to accomodate a scheduling conflict of lead defense counsel, Mr. Radzik, who was previously scheduled to participate in an arbitration in New York on April 7 involving witnesses from abroad. I spoke with plaintiffs' Massachusetts attorney Kurt E. Bratten, Esq., and plaintiffs do not oppose the change of date.

  Thank you for your courtesy and cooperation in this matter.

                                                    Sincerely,

                                                    *[signature]*
                                                    Curtis C. Pfunder

cc: Kurt E. Bratten, Esq.
    Edward C. Radzik, Esq.