

**GESMER UPDEGROVE LLP**

*Attorneys at Law*

Kurt Bratten
kbratten@lgu.com

April 14, 2004

**OVERNIGHT MAIL**

United States District Court
 for the District of Massachusetts
Office of the Civil Clerk
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   *Joel F. Holubar, et. al, v. Kent Kholberger, et. al*
           C.A. No.: 03-12404 NG

Dear Sir or Madam:

    Enclosed please find the plaintiffs' Local Rule 16.1(D)(3) Certification which should accompany the parties' Joint Statement, filed on April 14, 2004.

    Thank you.

Very truly yours,

Kurt Bratten

Enclosure

cc:   Curtis Pfunder, Esq. (first class mail)(w/ encl.)
       Edward Radzik, Esq. (first class mail)(w/ encl.)

40 Broad Street, Boston, MA 02109 ♦ Tel: 617.350.6800 ♦ Fax: 617.350.6878 ♦ www.gesmer.com

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Counsel for plaintiffs certifies that he has conferred with the plaintiffs with respect to this lawsuit: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the alternate dispute resolution programs such as those outlined in Local Rule 16.4 (D. Mass.).

Date: April 14, 2004

_____
Bjørn Holubar, Esq.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of April 2004 a true copy of the foregoing document was served by first class mail upon Curtis Pfunder, 92 State Street, Boston, MA 02109 and Edward C. Radzik, Donovan Parry McDermott & Radzik, Wall Street Plaza, 88 Pine Street, New York, NY 10005, counsel for the defendants.

_Kurt Bratten_ (signature)
Kurt Bratten

2