UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------X

JOEL F. HOLUBAR,
&
MARIANA H. HOLUBAR,

                              Plaintiffs,

v.

                              Civil Action No. 03-CV-12404-NG

KENT KHOLBERGER;
THE CHASE FREEDMAN-FAMILY TRUST;     **DISCLOSURE STATEMENT**
&
M/Y CHEROSA, *in rem*,

                            Defendants.

-------------------------------------------------------------------X

To:   Curtis C. Pfunder
       92 State Street
       Boston, Massachusetts 02109

       Edward C. Radzik, Esq.
       Donovan Parry McDermott & Radzik
       Wall Street Plaza
       88 Pine Street
       New York, New York 10005-1801

## PLAINTIFF'S MANDATORY DISCLOSURES

Pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 26(a)(1) and Local Rule 26.1, Plaintiffs, hereby provide their initial disclosures as follows.

Plaintiffs' initial disclosures are based on the information now reasonably available and are limited to disputed issues of fact alleged with particularity in the pleadings. Plaintiffs

expressly reserve any objections to the use or admissibility, in this action or any action, of any documents or information disclosed herein.

A. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following individuals or entities are likely to have discoverable information relevant to disputed facts alleged in the pleadings:

| **Name and Address** | **Subjects of Information** |
|---|---|
| Joel F. Holubar<br>Setauket, New York | The Subject matter in suit and damages. |
| Mariana H. Holubar<br>Setauket, New York | The Subject matter in suit and damages. |
| Gone Fishing Marina<br>Montauk, New York | Plaintiffs' yacht damages. |
| 70 West Marine<br>Morehead City, North Carolina | Plaintiffs' yacht damages. |
| The Army Corp. of Eng.<br>Cape Cod, Massachusetts | Conduct of defendants. |
| United States Cost Guard<br>Cape Cod, Massachusetts | Personal and yacht damage conduct of defendants. |
| Kent Kholberger<br>Old Saybrook, Connecticut | Conduct of defendants, insurance and ownership. |
| Jane & John Does | Conduct of defendants. |

**B.    DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1)(B), Plaintiffs hereby describe, by category and location, all non-privileged documents, data compilation and tangible things in its pleadings.

| Categories of Documents | Location |
|---|---|
| Documents relating to plaintiffs | Setauket, New York |
| Documents relating to defendants | Hartford, Connecticut |
| Documents relating to defendants' conduct | Cape Cod, Massachusetts |

**C.    COMPUTATION OF DAMAGES**

Plaintiffs have not yet ascertained or computed damages, the full extent and nature of which are not capable of determination until the completion of discovery.

**D.    INSURANCE AGREEMENTS**

Plaintiffs are unaware at this time of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to reimburse or to indemnify such a judgment. Notwithstanding the foregoing Plaintiff maintain a policy through Total Dollar Insurance, on Lexington Avenue, New York, New York.

**E.    EXPERT WITNESSES**

Plaintiffs have not yet identified any expert witness(es) who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence.

Plaintiffs reserve the right to amend and/or supplement their disclosures herein.

DATED: April 26, 2004

_____
Lee T. Gesmer (BBO #190260)
Kurt Bratten (BBO #644730)
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109
1-617-350-6800 (phone)
1-617-350-6878 (fax)

Bjorn J. Holubar
770 Lexington Avenue, 7th Floor
New York, New York 10021
1-212-980-1992 (direct)
1-212-755-4199 (fax)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April 2004, copies of the foregoing document were sent via regular mail to counsel for the defendants, Curtis C. Pfunder, Esq., 92 State Street, Boston, MA 02109 and Edward C. Radzik, Esq., Donovan Parry McDermott & Radzik, Wall Street Plaza, 88 Pine Street, New York, New York 10005-1801.

_____
Kurt E. Bratten, Esq.