UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
JOEL F. HOLUBAR,
&
MARIANA H. HOLUBAR,

                     Plaintiffs,

v.

                                                    03-CV-12404-NG

KENT KHOLBERGER;
THE CHASE FREEDMAN-FAMILY TRUST;
&
M/Y CHEROSA, *in rem*,

                     Defendants.
------------------------------------------------------------X

FILED
CLERKS OFFICE
2004 JUN 16  P 2: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATE OF SERVICE

      I, Bjorn J. Holubar, hereby certifies as follows:

      I am an attorney-at-law of the State of New York and admitted to the Bar of this Court *pro hac vice*. I hereby certify that on this 14th day of June 2004 I caused copies of: Plaintiffs' Notice Motion & Motion, Attorney Affirmation in Support; Affidavit in Support, Memorandum in Support Motion, Certificate of Service and Rule 7.1 Statement to be served via email (without exhibits) & REGULAR MAIL upon the following:

                Curtis C. Pfunder
                92 State Street
            Boston, Massachusetts 02109

               Edward C. Radzik, Esq.
         Donovan Parry McDermott & Radzik
                 Wall Street Plaza
                88 Pine Street
         New York, New York 10005-1801

DATED: June 14, 2004

----- Original Message -----
**From:** Bjorn J. Holubar
**To:** Curt Pfunder
**Cc:** kurt.bratten@gesmer.com
**Sent:** Tuesday, June 15, 2004 12:00 AM
**Subject:** Holubar v Kholberger, notice of motion et al

Your files are attached and ready to send with this message.