UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEL F. HOLUBAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 03-12404-NG |
| KENT KHOLBERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the Plaintiffs' Motion to Compel (Docket # 18) aand Defendants' Cross Motion to Strike (Docket # 23) have been scheduled for hearing on Thursday, July 15, 2004, at 11:00 A.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

                                                                       TONY ANASTAS,
                                                                       CLERK OF COURT


                                                                       / s / Jolyne D'Ambrosio
                                                                       By:  Deputy Clerk

DATED:  July 7, 2004