UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL F. HOLUBAR<br>and<br>MARIANA H. HOLUBAR,<br><br>        Plaintiffs<br><br>v.<br><br>KENT KHOLBERGER,<br>CHASE-FREEDMAN FAMILY TRUST<br>and<br>M/Y CHEROSA, *in rem*,<br><br>        Defendants | Civil Action No. 03-CV-12404-NG |

## MEMORANDUM IN SUPPORT OF SECOND MOTION OF DEFENDANT CHASE-FREEDMAN FAMILY TRUST FOR PROTECTIVE ORDER

In support of the Second Motion of Defendant Chase-Freedman Family Trust

(the "Trust") for Protective Order, the Trust relies on Fed. R. Civ. P. 26(c).

Pursuant to Local Rule 37.1, the Trust states that its counsel conferred with

plaintiffs' counsel concerning this discovery dispute, as set forth in more detail in

paragraph 15 of the motion and the certificate of conference submitted with the motion.

The nature of the lawsuit is plaintiffs' claim for damages allegedly caused by

defendants' larger boat allegedly going too fast in the Cape Cod Canal and allegedly

causing a large wake to impact plaintiffs' smaller boat. Defendants deny plaintiffs'

claims.

The facts relevant to the Trust's second motion for protective order are set forth in the motion. See L.R. 37.1(3).

A copy of the notices of deposition at issue, and other documents, are attached to the motion as Exhibits 1-4. See L.R. 37.1(4).

The Trust's position as to each contested issue is set forth in its motion. See L. R. 37.1(5).

## Conclusion

The Trust's motion for protective order under Rule 26(c) should be granted.

Plaintiffs should not be permitted to take the proposed second and third depositions of the Trust (via testimony of Ian Morris and David Chase) as proposed in plaintiffs' August 26, 2004 notices of those depositions.

Respectfully submitted,
The Chase-Freedman Family Trust,
by its attorneys,

Edward C. Radzik, Esq.
Donovan Parry McDermott & Radzik
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
(212) 376-6400

Date: September 3 , 2004

Curtis C. Pfunder
92 State Street
Boston, MA 02109
617 248-0200
BBO#397700

Attorneys for Defendants

2

Certificate of Service

I certify that on this __3__ day of __September__ 2004 I served a copy of the above document on counsel for plaintiffs as indicated below by U.S. mail / _____:

Bjorn J. Holubar, Esq.
770 Lexington Avenue, 7th Floor
New York, NY 10021
516-446-1546 direct
212 980-1992

Kurt E. Bratten, Esq.
Lucash, Gesmer & Updegrove LLP
40 Broad Street
Boston, MA 02109

Counsel for Plaintiffs

_____
Curtis C. Pfunder