UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
                                                     :

JOEL F. HOLUBAR,                                      :
    &                                                :
MARIANA H. HOLUBAR,                       :

                        Plaintiffs,  :

v.                                                     :
                                                  :   03-CV-12404-NG

KENT KHOLBERGER;                          :
THE CHASE FREEDMAN-FAMILY TRUST;    :
    &                                                :
M/Y CHEROSA, *IN REM,*                    :

                        Defendants.  :

---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

      On October 12, 2004 I delivered a packet of documents to the offices of Donovan Parry McDermott & Radzik, to Mr. Edward Radzik.

      The package contained materials 1a) from the US Coast Guard, 2) Army Corp. of Engineers, 3) an unexecuted response to Interrogatory, 4) executed response to Interrogatories, 4) various documents, 5) a Stipulated Protective Order, 6a-b) blank and executed medical releases without doctors names or addresses. and 7) three letters (1)- requesting the production of names and addresses, (2) thanking Mr. Radzik for the production of Sweet Distraction, (3) requesting deposition dates for Messrs Holubar and Chase.

                                            *David Lu /s/*

October 12, 2004                _____

                                            DavidLu, Esq.