UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
:
JOEL F. HOLUBAR, :
   & :
MARIANA H. HOLUBAR, :
:
                       Plaintiffs, :
:
v. :
: 03-CV-12404-NG
KENT KHOLBERGER; :
THE CHASE FREEDMAN-FAMILY TRUST; :
   & :
M/Y CHEROSA, *IN REM,* :
:
                       Defendants. :
:
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1.     On October 15, 2004 I delivered a packet of documents to the offices of Donovan Parry McDermott & Radzik to Mr. Edward Radzik.

     The package contained various documents and an amended certificate of service for the production of the documents.

October 15, 2004

*David Lu /s/*
_____
DavidLu, Esq.