UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOEL F. HOLUBAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 03-12404-NG |
| KENT KHOLBERGER et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Following the scheduling conference held on February 4, 2005, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The court adopts the schedule as agreed in court as follows:

    a. Fact discovery shall be completed by March 31, 2005;

    b. The parties will designate their experts by April 30, 2005;

    c. The plaintiffs' expert report(s) shall be produced by May 30, 2005;

    d. The defendants' expert report(s) shall be produced by June 17, 2005;

    e. The plaintiffs may file supplemental expert report(s) by July 1, 2005;

    f. Expert depositions shall be completed by July 30, 2005.

2. The parties do not anticipate filing motions for summary judgment.

3. The next status conference will be a **telephone status conference** and will be held on April 4, 2005 at 10:00 a.m. At that time, the parties shall be prepared to discuss:

      a. the status of the case;

      b. the scheduling for the remainder of the case through trial;

      c. the use of alternative dispute resolution programs; and

      d. consent to trial before the Magistrate Judge.

**4.  The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above.**  With respect to the use of ADR or having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                                    / s / Judith Gail Dein
                                      Judith Gail Dein
DATED: February 4, 2005          United States Magistrate Judge