UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEL F. HOLUBAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 03-12404-NG |
| KENT KHOLBERGER et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The plaintiff shall produce any expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), by **October 3, 2005**.

2. The defendant shall produce any expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), by **October 31, 2005**.

3. The plaintiff shall produce any replies to the defendant's expert reports by **November 11, 2005**.

4. Any depositions of the parties' experts shall be concluded by **December 9, 2005**.

5. There shall be no further continuances without good cause.

6. The next status conference will occur **by telephone** and will take place on **Wednesday, December 14, 2005, at 10:00 a.m.** At that time, the parties shall be prepared to discuss:

    (a)   the status of the case;
    (b)   scheduling for the remainder of the case through trial;
    (c)   the use of alternative dispute resolution ("ADR") programs; and
    (d)   consent to trial before the Magistrate Judge.

7.  The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 6 above. With respect to the use of ADR and having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 12, 2005